IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIDE ENERGY COMPANY,  <br><br>          Plaintiff/Counter-Defendant,  <br><br> vs.  <br><br> THE LONG TRUSTS,  <br><br>          Defendant/Counter-Claimant. | CV 20-182-BLG-SPW-TJC  <br><br> **ORDER** |

On March 31, 2021, the Court issued an Order to Show Cause why the Court's order allowing attorney Trevor R. Henson to appear pro hac vice should not be withdrawn for failure to file an acknowledgment of his admission. (Doc. 23.) Mr. Henson has since filed the required acknowledgment (Doc. 24) and responded to the Court' Order to Show Cause (Doc. 25). Accordingly, the Court will not revoke Mr. Henson's admission.

DATED this 2nd day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge