IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIDE ENERGY COMPANY,<br><br>      Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE LONG TRUSTS,<br><br>      Defendant/Counter-Claimant, | CV 20-182-BLG-SPW<br><br>ORDER |

Upon the Court's own motion,

IT IS SO ORDERED that the Final Pretrial Conference presently set for March 10, 2023, at 1:30 p.m. is VACATED. IT IS FURTHER ORDERED that the Final Pretrial Conference be set for March 15, 2023, at 3:30 p.m. The Court's most recent scheduling order (Doc. 81) will still govern all remaining deadlines and the trial date.

DATED this 23rd day of February, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge