IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIDE ENERGY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LONG TRUSTS,<br><br>　　　　Defendant. | CV 20-182-BLG-SPW<br><br>CASE MANAGEMENT<br>ORDER RE: JURY |

It has come to the Court's attention that the parties' Proposed Final Pretrial Order, adopted by the Court at the Final Pretrial Conference held March 16, 2023, provides for a 12-member jury. (Doc. 104 at 3). It is this Court's practice and discretion under Local Rule 47.2(a)(1) to empanel a jury of six people and one alternate in civil cases.

Accordingly, IT IS SO ORDERED that the jury in the trial for this case, set for March 27, 2023, shall consist of six people and one alternate.

DATED this 20th day of March, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge