UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIDE ENERGY COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>THE LONG TRUSTS,<br><br>  Defendant. | Case No. CV-20-182-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED, Judgment is entered in favor of plaintiff Pride Energy Company and against defendant The Long Trusts according to the jury verdict filed as E.C.F. 127 in the Court's record. The amount owed by the Long Trusts to Pride as found at trial is $114,000.00.

Dated this 30th day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk