IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIDE ENERGY COMPANY,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE LONG TRUSTS,<br><br>    Defendant/Counterclaimant. | CV 20-00182-BLG-SPW-TJC<br><br>**ORDER GRANTING THE LONG TRUSTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |

Before the Court is The Long Trusts' Unopposed Motion for Leave to File Exhibit Under Seal (Doc. 143). The Long Trusts are requesting leave to file under seal certain confidential documents in support of their motion for attorney fees in this matter. Accordingly,

IT IS HEREBY ORDERED that The Long Trusts' motion (Doc. 143) is **GRANTED**. The Long Trusts shall file under seal the exhibit entitled Summary and Invoices submitted with their motion.

DATED this 13th day of April, 2023.

SUSAN P. WATTERS
United States District Judge